# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THOMAS D. JENSEN, | ) | 3:19-cv-00178-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | July 31, 2020 |
| HAROLD WICKHAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Extension of Time and Order Requiring U.S. Marshal to Serve Defendant" (ECF No. 14). Plaintiff requests the court order the Attorney General to locate the full name of Defendant "Peters" and also requests additional time to serve Defendant Peters.

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Extension of Time and Order Requiring U.S. Marshal to Serve Defendant" (ECF No. 14) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, September 18, 2020**, in which to effect service as to Defendant Peters.

**IT IS FURTHER ORDERED** that Plaintiff's request to have the Attorney General locate the full name of Defendant Peters is **DENIED** without prejudice. The Attorney General has already stated in the Notice of Appearance that "service is not accepted on behalf of 'Peters,' who after reasonable inquiry and due diligence, IS not identifiable." (ECF No. 9 at 2.) If Plaintiff can find additional identifiable information as to Defendant "Peters," the court will reconsider Plaintiff's motion.

DEBRA K. KEMPI, CLERK
By:    /s/
Deputy Clerk