**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| THOMAS JENSEN, | ) | 3:19-cv-00178-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | January 27, 2021 |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER      REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 26).  Defendants request an extension of time to and including March 10, 2021, in which to file dispositive motions.

Defendants' Motion for Extension of Time to File Motion for Summary Judgment (ECF No. 26) is **GRANTED**.  The parties shall have to and including **March 10, 2021**, in which to file dispositive motions.

**IT IS SO ORDERED.**

                                             DEBRA K. KEMPI, CLERK

                                             By:         /s/_____
                                                            Deputy Clerk