```
 1  AARON D. FORD
      Attorney General
 2  KAYLA D. DORAME, Bar No. 15533
      Deputy Attorney General
 3  State of Nevada
    100 N. Carson Street
 4  Carson City, NV 89701-4717
    Tel: (775) 684-1259
 5  E-mail: kdorame@ag.nv.gov

 6  Attorneys for Defendants
    Damon Bell, John Cardella, Warden
 7  William Gittere, Victor Lobato, Edmond
    Mason, and Deputy Director Harold Wickham
 8
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS D. JENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>    Defendants. | Case No. 3:19-cv-00178-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DAMON BELL ONLY** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Thomas D. Jensen, *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, that Defendant Damon Bell be dismissed from the above captioned matter with prejudice, pursuant to the agreed upon terms which were discussed in the court hearing which commenced on June 3, 2021.

DATED this 9th day of June, 2021.               DATED this 12th day of June, 2021.

                                                AARON D. FORD
                                                Attorney General

By: _____                     By: _____Kayla D. Dorame_____
    THOMAS D. JENSEN (#59748)                       KAYLA D. DORAME
    *Plaintiff, Pro Se*                             Deputy Attorney General
                                                    Public Safety Division
                                                    *Attorneys for Defendants*

1

* * *

IT IS SO ORDERED.

_____
US DISTRICT JUDGE

DATED: 7/13/2021

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of July, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT DAMON BELL ONLY**, by U.S. District Court CM/ECF Electronic Filing on the following:

Thomas D. Jensen #59748
C/O NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

                                                       */s/ Roberta W. Bibee*
                                                       An employee of the
                                                       Office of the Attorney General