AARON D. FORD
Attorney General
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendants*
Damon Bell, John Cardella, Warden
William Gittere, Victor Lobato, Edmond
Mason, and Deputy Director Harold Wickham

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS D. JENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DZURENDA, et al., <br><br> Defendants. | Case No. 3:19-cv-00178-MMD-WGC <br><br> **STIPULATION TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Thomas D. Jensen, *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, that the Parties agree to move the dispositive motions deadline from January 27, 2022, to March 28, 2022. The parties are in the process of settlement discussions and believe this matter can potentially be resolved without further court resources or

///
///
///
///
///
///
///

1

1  litigation by the Parties. The additional time requested is stipulated and agreed upon to allow the
2  Parties an opportunity to resolve this matter.
3  DATED this 25th day of January, 2022.          DATED this 25th day of January, 2022.

AARON D. FORD
Attorney General

/s/ Kayla D. Dorame

By: _____              By: _____
THOMAS O. JENSEN (#59748)                      KAYLA D. DORAME
Plaintiff, Pro Se                              Deputy Attorney General
                                               Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: January 26, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2