UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS D. JENSEN,

    Plaintiff

v.

JAMES DZURENDA, et al.,

    Defendants

Case No.: 3:19-cv-00178-MMD-CSD

**Order**

Re: ECF No. 75

The parties filed a stipulation to extend the deadline to file their notice to the court regarding whether they have reached a settlement until **January 11, 2023**. (ECF No. 75.) The stipulation is **APPROVED**. The parties must file their notice regarding settlement on or before **January 11, 2023**.

**IT IS SO ORDERED**.

Dated: December 16, 2022

_____
Craig S. Denney
United States Magistrate Judge