AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1259
E-mail:  kdorame@ag.nv.gov

*Attorneys for Defendants*
*Victor Lobato; Edmond Mason;*
*Julio Calderin; James Stogner;*
*Lisa Walsh and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS D. JENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et al.,<br><br>  Defendants. | Case No.  3:19-cv-00178-MMD-CSD<br><br>**STIPULATION TO STAY THE CASE (2ND REQUEST)** |
| THOMAS D. JENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES STOGNER, et al.,<br><br>  Defendants. | Case No.  3:21-cv-00337-RCJ-CLB |

IT IS HEREBY STIPULATED by and between Thomas D. Jensen, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby stipulate and agree,

///

///

1

that the above-captioned actions should be stayed an additional forty-five (45) days to continue their on-going negotiations in these matters. The parties have been in contact and are actively negotiating. Currently, the Nevada Department of Corrections is seeking an outside source to further guide them regarding these issues.

WHEREFORE, the parties respectfully request this Court to enter an order staying all deadlines and hearing in this action for forty-five (45) days, until **April 7, 2023**.

DATED this 21st day of February, 2023

THOMAS D. JENSEN
Plaintiff, *Pro Se*

DATED this 21st day of February, 2023

AARON D. FORD
Attorney General

By: _____
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: February 22, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2