AARON D. FORD
  Attorney General
KAYLA D. DORAME, Bar No. 15533
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendants*
*Victor Lobato; Edmond Mason;*
*Julio Calderin; James Stogner;*
*Lisa Walsh and Harold Wickham*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS D. JENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES DZURENDA, et al., <br><br> Defendants. | Case No. 3:19-cv-00178-MMD-CSD <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| THOMAS D. JENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES STOGNER, et al., <br><br> Defendants. | Case No. 3:21-cv-00337-RCJ-CLB |

IT IS HEREBY STIPULATED by and between Thomas D. Jensen, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, hereby stipulate and agree,

///

///

1

that the above-captioned actions should be dismissed with prejudice, by order of this Court, with each party to bear his own costs.

DATED this 29th day of March, 2023                DATED this  4th  day of May, 2023

                                                    AARON D. FORD
                                                  Attorney General

_____        By: _/s/ Kayla D. Dorame_____
THOMAS D. JENSEN                          KAYLA D. DORAME, Bar No. 15533
Plaintiff, *Pro Se*                                  Deputy Attorney General

                                                  *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES JUDGE**
**DATED:**_____

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of May, 2023, I caused to be served, a true and correct copy of the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Thomas D. Jensen #59748
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702

                                                     */s/ Roberta W. Bibee*
                                                   An employee of the
                                                   Office of the Attorney General