1 Thomas D. Jensen #59748
2 NNCC P.O. Box 7000
3 Carson City NV. 89701

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS D. JENSEN<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES DZURENDA, et. al.,<br><br>　　　　Defendants. | Case No. 3:19-cv-00178-MMD-CSD<br><br>STATUS REPORT |
| THOMAS D. JENSEN<br><br>　　　　Plaintiff<br><br>vs.<br><br>JAMES STOGNER, et. al.,<br><br>　　　　Defendants | Case No. 3:21-cv-00337-RCJ-CLB |

On April 5, 2023 Notice of Settlement was filed with the Court (ECF No. 81 and ECF No. 28). On April 5, 2023 the Court issued orders (ECF No. 82 and ECF 29), requiring parties to file status reports.

Plaintiff hereby submits his status report, in the above cases. On March 29, 2023, Plaintiff met with defendant Deputy Director Harold Wickham and his counsel Knitha Dorame (DAG). Plaintiff signed Settlement Agreement (Ex. 1) with the understanding that Plaintiff would be able to practice his Christian Religion, have Holy Days add to AR 810, be able to purchase tarp and prayer rug and have dental work done.

-1-

1  Since March 29, 2023, Defendants have not made arrangements for Plaintiff
2  to purchase a tarp for sweat lodge, Plaintiff has not be examined by
3  dentist as there is no dentist at NNCC. They've not proved a copy
4  of AR 810 showing Plaintiff's Holy days were add.
5      And Plaintiff was informed he would **not** beable to practice/
6  attend Christian Services.
7      Defendants have not complied with terms in Paragraphs 1-3 of
8  the Agreement. According to Chaplin at NNCC he said he doesn't have
9  to let Plaintiff attend Christian services because "they" "claim there
10 is no space to accomodate Plaintiff, i.e no chair to sit in.
11     Plaintiff therefore believes Defendants mislead Plaintiff to obtain
12 his signature on settlement agreement. The law prohibits defendants from
13 obtaining Plaintiff's signature under fraudulent means.
14     Therefore until Defendants comply with the terms set forth in Paragraphs
15 1-3 of Settlement Agreement, the Court shall not allow the cases to be Dismissed
16 Persuant to Paragraph 4 of Settlement Agreement.
17     Dated this 4th Day of May 2023.
18
19                                     Thomas
20                                     Thomas Jensen #59248
21          CERTIFICATE OF SERVICE
22     I certify that I enclosed to be served a true and correct copy of the
23 foregoing, STATUS REPORT, by U.S. District Court CM/ECF Electronic Filings
24 on the following:
25 Kayla Dorame Deputy Attorney General
26 kdorame@ag.nv.gov
27                                     Thomas D. Jensen #59248
                                       Dated this 4, day of May 2023